IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| TIMOTHY NORWOOD BAKER | § | |
| VS. | § | CIVIL ACTION NO. 9:12-CV-45 |
| DIRECTOR, TDCJ-CID | § | |

MEMORANDUM OPINION REGARDING TRANSFER

Petitioner Timothy Norwood Baker, an inmate confined at the Polunsky Unit of the Texas

Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brings this

petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28

U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge

for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Title 28 U.S.C. § 2254(a) allows a district court to "entertain an application for a writ of

habeas corpus in behalf of a person in custody pursuant to the judgment of a State court only on the

ground that he is in custody in violation of the Constitution or laws or treaties of the United States."

28 U.S.C. § 2254(a).  A state prisoner is required to file his federal petition for writ of habeas corpus

in either the district where the prisoner is incarcerated or the district where the prisoner was

convicted and sentenced.  28 U.S.C. § 2241(d).  Although both district courts have jurisdiction to

entertain the application, "[t]he district court for the district wherein such an application is filed in

the exercise of its discretion and in furtherance of justice may transfer the application to the other

district court for hearing and determination."  *Id.*

This court has jurisdiction to entertain the petition because petitioner is currently confined at the Polunsky Unit in Polk County.  Petitioner was convicted and sentenced in Wichita County, Texas, which is located in the Northern District of Texas.

The court has considered the circumstances and has determined that the interests of justice would be served by transferring this petition to the division where petitioner was convicted and sentenced.  Therefore, the petition should be transferred to the Wichita Falls Division of the Northern District of Texas for hearing and determination.  An order transferring the case will be entered by the undersigned.

SIGNED this 3rd day of June, 2012.

_____
Zack Hawthorn
United States Magistrate Judge